UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:19-CV-480-FL

| | |
|---|---|
| JANNA VERLENE YOST, Executrix of the Estate of Richard Lee Yost, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| UNITED STATES OF AMERICA, | ) ) ) |
| Defendant. | ) |

**ORDER**

UPON CONSIDERATION OF the parties' Joint Motion for Stay and Extension of Deadlines pending private mediation and the entire record,

IT IS HEREBY ORDERED on this 14th day of September, 2020, that the parties' Joint Motion is GRANTED;

IT IS FURTHER ORDERED that the current deadlines in this case are stayed. The parties shall file a status update or voluntary dismissal with prejudice on or before November 13, 2020.

SO ORDERED.

_____
LOUISE W. FLANAGAN
U.S. DISTRICT COURT JUDGE

1